[No. 28210-7-I. Division One. December 7, 1992.]

MARY M. TOUSLEY, *Respondent*, v. JOHN O.
TOUSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-3-00737-9, Edward Heavey, J., entered

March 27, 1991. *Remanded with instructions* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Agid, J.